UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. LUNA,<br><br>    Petitioner,<br><br>    v.<br><br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF PLACER,<br><br>    Respondent. | No. 2:16-cv-3052 KJN P<br><br><br><br>ORDER |

Petitioner has filed a petition for "writ of error" and an application to proceed in forma pauperis. Petitioner appears to challenge proceedings in the Placer County Superior Court.

Neither the petition nor the application to proceed in forma pauperis contain a mailing address for petitioner. It appears that petitioner filed his pleadings in person.

Local Rule 183(b) requires parties appearing in pro se to keep the court apprised of their current address. Petitioner is granted sixty days from the date of this order to show cause why this action should not be dismissed for his failure to comply with Local Rule 183(b). Because petitioner failed to provide a mailing address, the Clerk of the Court cannot serve petitioner with any orders issued in this action. Therefore, the Clerk is directed to file the instant order without serving petitioner.

////

////

1

1 |     Accordingly, IT IS HEREBY ORDERED that petitioner is granted sixty days from the
2 | date of this order to show cause why this action should not be dismissed for his failure to keep the
3 | court apprised of his current address as required by Local Rule 183(b); failure to comply with this
4 | order will result in dismissal of this action.
5 | Dated: April 3, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Luna3052.ord