UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. LUNA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF PLACER,<br><br>　　　　Respondent. | No. 2:16-cv-3052 KJN P<br><br>ORDER AND FINDINGS & RECOMMENDATIONS |

　　　　Petitioner has filed a petition for "writ of error" and an application to proceed in forma pauperis. Petitioner appears to challenge proceedings in the Placer County Superior Court.

　　　　Neither the petition nor the application to proceed in forma pauperis contains a mailing address for petitioner. It appears that petitioner filed his pleadings in person. Accordingly, on April 3, 2017, the undersigned granted petitioner sixty days to show cause why this action should not be dismissed for his failure to keep the court apprised of his current address as required by Local Rule 183(b). Sixty days passed and petitioner failed to respond to the April 3, 2017, order.

　　　　Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall assign a district judge to this action; and

////

////

1

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: June 21, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Luna3052.fr

kc